IN THE CIRCUIT COURT OF THE
EIGHTEENTH JUDICIAL CIRCUIT, IN AND
FOR SEMINOLE COUNTY, FLORIDA

CASE NO.: 03-CA-1236-10-K

MARY LOUTHER, as Personal
Representative of the
Estate of James Louther, deceased,

    Plaintiff,

vs.

AT&T CORP., a foreign corporation
authorized to do business in the
state of Florida,

    Defendant.
_____/

ORIGINAL RECEIVED
THIS IS A COPY
MARYANNE MORSE
CLERK OF THE COURT, SEMINOLE COUNTY
By: _____ D.C.
Date: MAY 19 2003

## COMPLAINT

The Plaintiff, MARY LOUTHER, hereby sues the Defendant, AT&T CORP., a foreign corporation authorized to do business in the state of Florida, and alleges:

1. This is an action for damages exceeding Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs.

2. The Plaintiff, MARY LOUTHER, has been, or will be in the future, appointed Personal Representative of the Estate of her deceased husband, James Louther, by the Court in Pennsylvania, where the decedent was a resident at the time of his death.

3. The Defendant, AT&T CORP., is a foreign corporation authorized to do business in the state of Florida, and, at all times material to this action, was in the



AT&T RECEIVED
AUG 27 2003
LAW DEPT.



business of providing cellular phones and cell phone service to customers in Seminole County, Florida.

4. This is an action for wrongful death damages against the Defendant, as a result of the decedent dying of a brain tumor on May 25, 2001, which brain tumor was caused or aggravated by the decedent's use of a cell phone between the years 1995 and 1998, while he was a resident in Seminole County, Florida.

5. In accordance with the Florida Wrongful Death Statute, the survivors of the decedent, James Louther, are Mary Louther, surviving spouse, Sarah Louther, surviving daughter, whose date of birth is November 3, 1989, and the Estate of James Louther.

6. The decedent used an AT&T-model 3810 cell phone from 1995 through 1998 and received his cell phone service also from AT&T.

7. The Defendant's cell phone described above was defective and inherently dangerous due to the amount of radiation and electromagnetic energy produced by cell phone use.

8. In the alternative, the cell phone provided by the defective in that it failed to have proper warnings concerning the dangers of radiation and electromagnetic energy from cell phone use.

9. At all times material to this action, the Defendant was in the business of manufacturing or selling the above-described cell phone and placed that product on the market with knowledge that it would be used without inspection for defects.

10. As described above, the Defendant's cell phone was defective and unreasonably dangerous in the condition in which it was sold and marketed to the Plaintiff's decedent.

11. As a direct and proximate result of the above-described defects, the Plaintiff's decedent suffered a brain tumor, or, in the alternative, aggravated an underlying medical condition, which eventually caused his death.

12. The Plaintiff hereby claims, on behalf of the survivors and Estate of James Louther, all of the damages allowable under the Florida Wrongful Death Law contained in Florida Statute Chapter 768.

WHEREFORE, Plaintiff, MARY LOUTHER, as Personal Representative of the Estate of James Louther, deceased, demands judgment for damages against the Defendant, AT&T CORP., in excess of Fifteen Thousand Dollars ($15,000.00), exclusive of interest and costs and requests a jury trial.

*Mary Louther*
MARY LOUTHER,
Plaintiff
1431 Swede Hill Road
Greensburg, PA 15601
Phone: 724/853-4041